725 A.2d 151

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Michael Glenn CROSBY.**

**Commonwealth of Pennsylvania, Appellant,**

v.

**Shelby W. Zablotny.**

Supreme Court of Pennsylvania.

Argued March 9, 1999.

Decided March 26, 1999.

Patrick M. Carey, Asst. Dist. Atty. Damon C. Hopkins, for appellant.

Timothy J. Lucas, Bradley H. Foulk, Erie, David Crowley, Bellefonte, for appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM: '

Appeals dismissed as having been improvidently granted.

Justices CAPPY and CASTILLE dissent and would reach the merits of the cases.